Maria-Costanza Barducci
BARDUCCI LAW FIRM
PLLC
5 West 19th Street, 10th
Floor New York, New York

10011 Telephone: 212-433-2554

**May 1, 2024**

Honorable Peggy Kuo
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

     *Re:*    *Abeth Hashimi, vs. Immacolata Centola et al.*
            *Civil Action No.:*  *1:24-cv-00496-RPK-PK*
            *Joint Notice of Settlement*

Your Honorable Magistrate Judge Kuo,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's January 23, 2024 Scheduling Order [DE#4], the Parties are required to file a joint Case Management Plan by May 3, 2024, in advance of the scheduled initial status conference of May 9, 2024.

    Our office writes this letter as a current case status, apprising the Court as to the developments in this civil action. Thereon, the parties jointly wish to inform the Court that they have recently reached a Settlement in Principle and are in the process of memorializing their agreement's in the requisite settlement documentations and executing those agreements thereof.

    Thank you for the Court's time and attention in this matter.

                                               Most Respectfully,

                                               BARDUCCI LAW FIRM
                                               PLLC

                                               Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only